# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABBY KATZ, | )<br>)<br>) Civil Action No. 20-cv-06212-KM-ESK<br>)<br>)<br>) **NOTICE OF VOLUNTARY**<br>) **DISMISSAL**<br>) |
| Plaintiff, | |
| v. | |
| E*TRADE FINANCIAL CORPORATION, RODGER A. LAWSON, KEVIN T. KABAT, RICHARD J. CARBONE, ROBERT CHERSI, JAIME W. ELLERTSON, JAMES P. HEALY, JAMES LAM, SHELLEY B. LEIBOWITZ, MICHAEL A. PIZZI, REBECCA SAEGER, DONNA L. WEAVER and JOSHUA WEINREICH, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Abby Katz ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 2, 2020

**WEISSLAW LLP**

By  *s/ Mark. D. Smilow*
Mark. D. Smilow
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: msmilow@weisslawllp.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**BRAGAR EAGEL & SQUIRE, P.C.**
Alexandra B. Raymond (to be admitted
*pro hac vice*)
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (646) 860-9158
Fax: (212) 214-0506
Email: raymond@bespc.com

*Attorneys for Plaintiff*